# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff, Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY,
INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms;
CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK
GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on January 22, 2024 is
amended as follows:

One page 7, line 4, "forego" is replaced with "forgo"

On page 46, line 2, "plaintiffs" is replaced with "plaintiff"